

# Fourth Court of Appeals
## San Antonio, Texas

February 16, 2022

No. 04-22-00065-CR

In re Stephen Wayne **RICHARDSON**, Relator

Original Proceeding[1]

**ORDER**

Relator's petition for writ of mandamus is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on February 16, 2022.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of February, 2022.

_____
Michael A. Cruz, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2010-CR-10629, styled *Ex parte Richardson*, pending in the 399th Judicial District Court, Bexar County, Texas, the Honorable Juanita A. Vasquez-Gardner presiding.